**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; KNIFE RIGHTS, INC.; WENDY COPENHAVER; WAYNE VIDEN; WALTER EVERARD, JR.; and SALVATORE MARSILLA,

*Plaintiffs*,

v.

JENNIFER DAVENPORT, in her official capacity as Attorney General of New Jersey,

JEANNE HENGEMUHLE, in her official capacity as Acting Superintendent of the New Jersey Division of State Police,

*Defendants*.

Civil Action No. 26-cv-12401

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc. and Knife Rights, Inc. state as follows:

Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. is a New Jersey not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock. Plaintiff Knife Rights, Inc. is an Arizona non-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 21, 2026

Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiffs*